**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JAMES BEFLOR,<br><br>          Plaintiff,<br><br>     v.<br><br>CFG HEALTH SERVICES *et al.,*<br><br>          Defendants. | Civil Action No. 25-17812 (GC)<br><br>**MEMORANDUM & ORDER** |

**CASTNER, District Judge**

Plaintiff, a pretrial detainee, is proceeding *pro se* with a civil rights complaint (Complaint). (ECF No. 1).  Plaintiff also filed with his Complaint an application to proceed *in forma pauperis* ("IFP").  (ECF No. 1-1 ("First Application to Proceed IFP").)

However, Plaintiff did not sign the First Application to Proceed IFP or pay the $405 fee. Accordingly, on December 4, 2025, the Court ordered the Clerk of the Court to administratively terminate this matter, without filing the Complaint or assessing a fee.  (ECF No. 3 at 3.)  The Court notified Plaintiff that, if he wishes to reopen this case, he shall so notify the Court in writing within thirty (30) days and that his writing shall include either a completed and signed IFP application or the full $405 fee.  (*Id.*)

Plaintiff submitted a completed and signed IFP application dated December 12, 2025. (ECF No. 4 ("Second Application to Proceed IFP").)

Accordingly, leave to proceed without prepayment of fees is authorized.  *See* 28 U.S.C. § 1915.  This case is subject to *sua sponte* screening by the Court, and the Complaint will be screened in due course.

**IT IS**, therefore, on this 2<u>nd</u> day of July, 2026, **ORDERED** as follows:

**ORDERED** that the Clerk of the Court shall **REOPEN** this matter; and it is further

**ORDERED** that Plaintiff's Second Application to Proceed IFP pursuant to 28 U.S.C. § 1915 (ECF No. 4) is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall mark the Complaint (ECF No. 1) as deemed filed; and it is further

**ORDERED** that **SUMMONS SHALL NOT ISSUE** at this time as this Court's *sua sponte* screening of Plaintiff's Complaint has not yet been completed; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b) and for purposes of account deduction only, the Clerk shall serve a copy of this Memorandum and Order by regular mail upon the Attorney General of the State of New Jersey and the Warden of the Atlantic County Justice Facility; and it is further

**ORDERED** that the time to serve process under Fed. R. Civ. P. 4(m) is hereby extended to the date ninety (90) days after the Court permits the Complaint to proceed; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this Memorandum and Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation, meaning that if the Court dismisses the case as a result of its *sua sponte* screening, or Plaintiff's case is otherwise administratively terminated or closed, § 1915 does not suspend installment payments of the filing fee or permit refund to the prisoner of the filing fee, or any part of it, that has already been paid; and it is further

**ORDERED** that pursuant to *Bruce v. Samuels*, 577 U.S. 82, 89–90 (2016), if Plaintiff owes fees for more than one court case, whether to a district or appellate court, under the Prison Litigation Reform Act ("PLRA") provision governing the mandatory recoupment of filing fees, Plaintiff's monthly income is subject to a simultaneous, cumulative 20% deduction for each case a court has mandated a deduction under the PLRA; i.e., Plaintiff would be subject to a 40% deduction if there are two such cases, a 60% deduction if there are three such cases, etc., until all fees have been paid in full; and it is further

**ORDERED** that pursuant to 28 U.S.C. § 1915(b)(2), in each month that the amount in Plaintiff's account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, in accordance with *Bruce,* until the $350.00 filing fee is paid.  Each payment shall reference the civil docket numbers of the actions to which the payment should be credited; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Memorandum and Order to Plaintiff by regular U.S. mail.

_____
**GEORGETTE CASTNER**
**United States District Judge**

3